IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAN BUETTGEN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE J. HARLESS, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>No. 3:09-CV-0791-K<br>(Consolidated with Nos. 3:09-CV-0938-K and 3:09-CV-1049-K) |

## ORDER

Before the Court is Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint (Doc. No. 60). The Motion is **DENIED**.

Also before the Court is Lead Plaintiff's Notice of Motion to Strike or, in the Alternative, to Convert Defendants' Motion to Dismiss into a Motion for Summary Judgment (Doc. No. 67). The Motion is **DENIED**.

**SO ORDERED**.

Signed August 11th, 2010.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE