IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAN BUETTGEN, On Behalf of Himself and All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| v. | § § | No. 3:09-CV-0791-K (Consolidated with Nos. 3:09-CV-0938-K and 3:09-CV-1049-K) |
| KATHERINE J. HARLESS, et al., | § § | |
| Defendants. | § | |

## ORDER

Before the Court is Jack B. Corwin's Motion for Partial Reconsideration and Amendment (Doc. No. 78), filed July 6, 2010. The Motion is **DENIED**.

**SO ORDERED**.

Signed August 11th, 2010.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

- 1 -