UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| JAN BUETTGEN, on Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>KATHERINE J. HARLESS, et al.,<br><br>       Defendants. | § § § § § § § § § § § § | Civil Action No. 3:09-cv-00791-K<br>(Consolidated with Nos. 3:09-cv-00938-K; 3:09-cv-1049-K and 3:09-cv-1552-K)<br><br><u>CLASS ACTION</u> |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

584523_1

Plaintiffs Kentucky State District Counsel of Carpenters Pension Trust Fund and Kenneth F. Werring ("Plaintiffs") hereby move this Court for an order granting Plaintiff's Motion for Class Certification ("Motion") in the above-captioned matter.

This Motion is made pursuant to Rule 23 of the Federal Rules of Civil Procedure, and is based upon this notice, the accompanying memorandum of law in support thereof, and appendix thereto, the proposed order filed concurrently herewith, the pleadings on file in this case, and such other evidence and argument as the Court may consider.

DATED: November 1, 2010

ROBBINS GELLER RUDMAN
  & DOWD LLP
DEBRA J. WYMAN
JULIE A. KEARNS

s/ Debra J. Wyman
DEBRA J. WYMAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

KENDALL LAW GROUP, LLP
JOE KENDALL (State Bar No. 11260700)
JAMIE McKEY
3232 McKinney Avenue, Suite 700
Dallas, TX  75204
Telephone:  214/744-3000
214/744-3015 (fax)

Liaison Counsel

ROBBINS UMEDA LLP
CRAIG W. SMITH
600 B Street, Suite 1900
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3991 (fax)

- 1 -

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiff

- 2 -

584523_1

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 1, 2010.

s/ Debra J. Wyman
DEBRA J. WYMAN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:debraw@rgrdlaw.com

584523_1

## Mailing Information for a Case 3:09-cv-00791-K

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas E Bilek**
  tbilek@bileklaw.com,llmank@bileklaw.com

- **Roger F Claxton**
  roger@claxtonlaw.com

- **Grant Cook**
  gcook@cooklawonline.com,denise@cooklawonline.com

- **Matthew F Dexter**
  matthew.dexter@kirkland.com

- **Lionel Z Glancy**
  lglancy@glancylaw.com,dmacdiarmid@glancylaw.com,mmgoldberg@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Thomas F Harkins , Jr**
  tharkins@whitakerchalk.com

- **Julie A Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Dee J Kelly , Jr**
  dee.kelly.2@khh.com,kelly.pence@khh.com

- **Joe Kendall**
  administrator@kendalllawgroup.com,jkendall@kendalllawgroup.com

- **Eric F Leon**
  eric.leon@kirkland.com

- **Hamilton Lindley**
  hlindley@kendalllawgroup.com,administrator@kendalllawgroup.com

- **Kelly M McIntyre**
  notice@robbinsumeda.com,kmcintyre@robbinsumeda.com

- **Thomas J McKenna**
  tjmlaw2001@yahoo.com

- **Jamie Jean McKey**
  jmckey@kendalllawgroup.com,bgribble@kendalllawgroup.com

- **Marcus G Mungioli**
  marcus.mungioli@khh.com,june.pyle@khh.com

- **Scott E Poynter**
  scott@emersonpoynter.com

- **Kristin Sheffield-Whitehead**
  kwhitehead@kirkland.com

- **Craig Wallace Smith**
  notice@robbinsumeda.com,csmith@robbinsumeda.com

- **Mack Ed Swindle**
  mswindle@whitakerchalk.com,murban@whitakerchalk.com

- **Richard Earl Walden**
  rwalden@waldenlawfirm.com

- **Debra J Wyman**
  dwyman@rgrdlaw.com,ldeem@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Jack B. Corwin**
Whitaker Chalk Swindle & Sawyer LLP
301 Commerce Street
Suite 301
Fort Worth, TX 76102