UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| JAN BUETTGEN, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>KATHERINE J. HARLESS, et al.,<br><br>　　　　　　　　　Defendants. | §　Civil Action No. 3:09-cv-00791-K<br>§　(Consolidated with Nos. 3:09-cv-00938-K;<br>§　3:09-cv-1049-K and 3:09-cv-1552-K)<br>§<br>§　<u>CLASS ACTION</u><br>§<br>§<br>§<br>§<br>§<br>§ |

MOTION FOR EXTENSION OF TIME TO FILE
PRELIMINARY APPROVAL MOTION

844584_1

The parties reached an agreement to settle this matter on April 1, 2013. This Court has set a deadline of June 3, 2013 for the parties to submit the motion for preliminary approval of the settlement. However, the parties have been unable to reach agreement on the documents to be filed with the Court in connection with the settlement. Plaintiffs request that this matter be referred to Magistrate Judge Stickney for assistance in finalizing the settlement documents.

DATED: May 31, 2013            Respectfully submitted,

                                          ROBBINS GELLER RUDMAN
                                             & DOWD LLP
                                          JONAH H. GOLDSTEIN
                                          DEBRA J. WYMAN
                                          JULIE A. KEARNS
                                          L. DANA MARTINDALE

                                                  s/ Debra J. Wyman
                                          DEBRA J. WYMAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jonahg@rgrdlaw.com
debraw@rgrdlaw.com
jkearns@rgrdlaw.com
dmartindale@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com

Lead Counsel for Plaintiffs

844584_1

KENDALL LAW GROUP, LLP
JOE KENDALL (State Bar No. 11260700)
JAMIE J. McKEY (State Bar No. 24045262)
3232 McKinney Avenue, Suite 700
Dallas, TX  75204
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

Liaison Counsel

ROBBINS ARROYO LLP
CRAIG W. SMITH
600 B Street, Suite 1900
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3991 (fax)

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiff

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 31, 2013.

    s/ Debra J. Wyman
    DEBRA J. WYMAN

    ROBBINS GELLER RUDMAN
        & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA  92101-3301
    Telephone:  619/231-1058
    619/231-7423 (fax)

    E-mail: debraw@rgrdlaw.com

## Mailing Information for a Case 3:09-cv-00791-K

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com

- **Thomas E Bilek**
  tbilek@bileklaw.com,llmank@bileklaw.com

- **Roger F Claxton**
  roger@claxtonlaw.com

- **Grant Cook**
  gcook@cooklawonline.com,denise@cooklawonline.com

- **Matthew F Dexter**
  matthew.dexter@kirkland.com

- **Lionel Z Glancy**
  lglancy@glancylaw.com,dmacdiarmid@glancylaw.com,mmgoldberg@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Jonah H Goldstein**
  jonahg@rgrdlaw.com

- **Thomas F Harkins , Jr**
  tharkins@whitakerchalk.com,murban@whitakerchalk.com

- **Andrew G Horne**
  andrew.horne@kirkland.com

- **Julie A Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Dee J Kelly , Jr**
  dee.kelly.2@khh.com,kelly.pence@khh.com

- **Joe Kendall**
  administrator@kendalllawgroup.com,jkendall@kendalllawgroup.com

- **Jay P Lefkowitz**
  lefkowitz@kirkland.com

- **Eric F Leon**
  eric.leon@kirkland.com

- **Hamilton Philip Lindley**
  hlindley@deanslyons.com

- **Lauren Dana Martindale**
  dwestberg@rgrdlaw.com

- **Kelly M McIntyre**
  notice@robbinsarroyo.com

- **Thomas J McKenna**
  tjmlaw2001@yahoo.com,tjmckenna@gme-law.com,gmelawny@gmail.com

- **Jamie Jean McKey**
  jmckey@kendalllawgroup.com,bgribble@kendalllawgroup.com

- **Harriet Ellan Miers**
  hmiers@lockelord.com,lshults@lockelord.com

- **Marcus G Mungioli**
  marcus.mungioli@khh.com,june.pyle@khh.com

- **Scott E Poynter**
  scott@emersonpoynter.com

- **Robert V Prongay**
  rprongay@glancylaw.com

- **Seth Michael Roberts**
  sroberts@lockelord.com

- **Kevin F Ruf**
  kevinruf@gmail.com

- **Kristin Sheffield-Whitehead**
  kwhitehead@kirkland.com

- **Craig Wallace Smith**
  notice@robbinsarroyo.com,csmith@robbinsarroyo.com

- **Mack Ed Swindle**
  mswindle@whitakerchalk.com,murban@whitakerchalk.com,cprior@whitakerchalk.com

- **Richard Earl Walden**
  rwalden@waldenlawfirm.com

- **Julia M Williams**
  jwilliams@robbinsumeda.com

- **Kara M Wolke**
  karawolke@gmail.com,info@glancylaw.com

- **Debra J Wyman**
  dwyman@rgrdlaw.com,karenc@rgrdlaw.com,ldeem@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jack B. Corwin
Whitaker Chalk Swindle & Sawyer LLP
301 Commerce Street
Suite 301
Fort Worth, TX 76102
```