UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| JAN BUETTGEN, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE J. HARLESS, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:09-cv-00791-K<br>(Consolidated with Nos. 3:09-cv-00938-K; 3:09-cv-1049-K and 3:09-cv-1552-K)<br><br>CLASS ACTION |

**FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE**

This matter came before the Court for hearing pursuant to the Second Amended Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order") dated August 14, 2013, on the application of the Settling Parties for approval of the Settlement set forth in the Settlement Agreement dated June 7, 2013 (the "Stipulation" or the "Settlement Agreement"). Due and adequate notice having been given to the Class as required in said Notice Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Final Judgment incorporates by reference the definitions in the Settlement Agreement, and all terms used herein shall have the same meanings as set forth in the Settlement Agreement, unless otherwise set forth herein.

2. This Court has jurisdiction over the subject matter of the Action and over all Settling Parties to the Action, including all members of the Class.

3. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court entered an order certifying the Class defined as: "All persons, without geographic limitation, who purchased Idearc, Inc. securities during the period from August 9, 2007 through and including October 30, 2008, and who were damaged by Defendants' alleged violations of sections 10(b) and/or 20(a) of the Securities Exchange Act of 1934. Excluded from the class are Defendants and members of their immediate families, any entity in which a defendant has a controlling interest, and the legal representatives, heirs, successors or assigns of any such excluded party." Also excluded from the Class are any persons or entities who timely and validly requested exclusion from the Class pursuant to the Notice (a list of which is attached hereto as Exhibit 1).

4. Pursuant to Federal Rule of Civil Procedure 23, this Court hereby approves the Settlement set forth in the Settlement Agreement and finds that said Settlement is, in all respects, fair, reasonable, and adequate to the Class.

5. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court finds that the Settlement Agreement and Settlement are fair, reasonable, and adequate as to each of the Settling Parties, and that the Settlement Agreement and Settlement are hereby finally approved in all respects, and the Settling Parties are hereby directed to perform its terms.

6. Accordingly, the Court authorizes and directs implementation of all the terms and provisions of the Settlement Agreement, as well as the terms and provisions hereof. The Court hereby dismisses, as to Defendants, the Action and all Released Claims of the Class with prejudice, without costs as to any of the Released Persons, except as and to the extent provided in the Settlement Agreement and herein.

7. Upon the Effective Date hereof, and as provided in the Settlement Agreement, Plaintiffs shall, and each of the Class Members shall be deemed to have, and by operation of this Final Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims (including, without limitation, Unknown Claims) against the Released Persons, whether or not such Class Member executes and delivers the Proof of Claim and Release.

8. Upon the Effective Date hereof, and as provided in the Settlement Agreement, each of the Released Persons shall be deemed to have, and by operation of this Final Judgment shall have, fully, finally, and forever released, relinquished, and discharged Plaintiffs, each and all of the Class Members, and Plaintiffs' Counsel from all claims (including, without limitation, Unknown Claims) arising out of, relating to, or in connection with, the institution, prosecution, assertion, settlement, or resolution of the Action or the Released Claims.

9. Upon the Effective Date hereof, and as provided in the Settlement Agreement, Plaintiffs and each of the Class Members, and their heirs, executors, administrators, successors, and assigns, shall also be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished, and discharged the Released Persons and their counsel from all Released Claims (including, without limitation, Unknown Claims) arising out of the defense, conduct, settlement, or resolution of the Action or the Released Claims.

10. Upon the Effective Date, Plaintiffs and each of the Class Members who have not timely opted out of the Class, and their predecessors, successors, agents, representatives, attorneys, and affiliates, and the heirs, executors, administrators, successors, and assigns of each of them, directly or indirectly, individually, representatively, or in any other capacity, shall be permanently barred and enjoined from the assertion, institution, maintenance, prosecution, or enforcement against any Released Person, in any state or federal court or arbitral forum, or in the court of any foreign jurisdiction, of any and all Released Claims (including, without limitation, Unknown Claims), as well as any other claims arising out of, relating to, or in connection with, the defense, settlement, or resolution of the Action or the Released Claims.

11. The Amended Notice of Pendency and Proposed Settlement of Class Action given to the Class in accordance with the Notice Order entered on August 14, 2013 was the best notice practicable under the circumstances, including the individual notice to all members of the Class who could be identified through reasonable effort. Said notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed Settlement set forth in the Settlement Agreement, to all Persons entitled to such notice, and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23 and the requirements of due process.

12. Any plan of distribution submitted by Lead Counsel or any order entered regarding any attorneys' fee and expense application shall in no way disturb or affect this Judgment and shall be considered separate from this Judgment.

13. Neither the Settlement Agreement nor the Settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Settlement Agreement or the Settlement (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of the Released Persons; or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Released Persons; or (c) is or may be deemed to be or may be used as an admission or evidence that any claims asserted by Plaintiffs were not valid or that the amount recoverable was not greater than the Settlement amount, in any civil, criminal, or administrative proceeding in any court, administrative agency, or other tribunal. The Released Persons may file the Settlement Agreement and/or this Judgment in any action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

14. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing exclusive jurisdiction over: (a) implementation of this Settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees, interest, and expenses in the Action; and (d) all Settling Parties hereto for the purpose of construing, enforcing, and administering the Settlement Agreement.

15. The Court finds that during the course of the Action, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

16. In the event that the Settlement does not become effective in accordance with the terms of the Settlement Agreement, or the Effective Date does not occur, or in the event that the Settlement Fund, or any portion thereof, is returned to the Defendants, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Settlement Agreement and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Settlement Agreement.

17. Without further order of the Court, the Settling Parties may agree to reasonable extensions of time to carry out any of the provisions of the Settlement Agreement.

18. The Court has considered the two objections to the Settlement, find that they are without merit, and overrules them in their entirety.

19. The Court directs immediate entry of this Final Judgment by the Clerk of the Court.

IT IS SO ORDERED.

Signed November 13th, 2013.

Ed Kinkeade ________

ED KINKEADE
UNITED STATES DISTRICT JUDGE

**EXHIBIT 1**
*Buettgen v. Harless*, No. 3:09-cv-00791-K (N.D. Tex.)

**INDIVIDUALS WHO HAVE REQUESTED EXCLUSION FROM THE CLASS**

1. Betty Jane Brown
2. Zetta Pearl Clark and Charles E. Clark (deceased)
3. Anne M. Braisted
4. Gloria M. Bunger
5. Betty J. Black
6. Betty Sue Mitchell and Earl S. Mitchell (deceased)
7. Jeanne M. Webb
8. Sylvia J. and Charles S. Hart
9. Angela Gifoli
10. Martin Joseph Vana and Maria S. Ojeda
11. Deborah K. Kozell and Richard J. Kozell
12. Cynthia W. Russell
13. Franklin T. Russell
14. William H. Cantrell
15. Maurice A. Caron
16. Elizabeth L. Richardson and Dolores J. Bobzien
17. B. Toscano and B. Caily
18. Helen L. and William G. Grantham
19. Phillip H. and Bonnie Appolonia
20. Margie A. Caldwell
21. Andrew James, Erick W. L. and William F. Volimer
22. Nelson Kasten
23. Jerrold M. and Diane Pachman
24. William J. Boyle
25. Elizabeth T. Murray
26. Roy G. Good
27. Lawrence A. Winsor
28. Diane Ryan Fowler
29. Candace Detwiler
30. Marlene Wolgat
31. Jacob Wurtzel
32. Ellen G. Shapiro
33. John A. Hillier
34. Patricia A. Sax
35. Raymond and Urban Becker
36. Alexandria J. and William B. Tipton
37. John and Priscilla Chamblin
38. Lorraine O. Gloede
39. Joe D. Wilson
40. Robert R. and Joan M. Higgins
41. Yvonne L. Trenberth

42. Donald R. Dansby
43. Raymond G. and Evelyn F. Andres
44. Joann Powaski
45. Catherine and John J. Stavola
46. Judith C. Jaksik
47. Betty Vandemortel
48. Hilda T. Kelly
49. Bessie M. Naito and Beverly T. Kosaka
50. Augustus J. Marine
51. Wendy Hall
52. Elizabeth A. Konig
53. Ann Gay W. Parker
54. Patricia A. Chichester
55. Patricia Charpentier
56. Jeanette C. Borson
57. Deborah Hitchcock Gilbert
58. Donald V. Fabrizio
59. Andrew W. Viola
60. Clarabelle Padgett
61. Richard and RoseMary Mulligan
62. Melva Deitt
63. Donald R. and Beverly C. Shaner
64. Ramona, Juanita and Carl H. Stumpp
65. John B. Cotnam
66. Azada B. Henry
67. Warren Kneemiller
68. Ben L. Rodriquez
69. George & Bersie Tockstein
70. Marie L.Lake and Ronald Lake (deceased)
71. Brian D. Spehler
72. Joseph Faranello
73. Melvin I. and Barbara E. Geyer
74. Barbara R. Hassenpflug
75. Nancy Jacqmein
76. Jane M. Smith
77. Helen E. Kascin
78. Michele A. Bergh Clement
79. Dorothy L. Ibershof
80. Joan Giese
81. Emilenan P. Allen
82. Lynn E. Burney
83. Lucille L. Hartlieb
84. Keiko Tanaka
85. Carolyn M. Scott
86. William D. and Joyce A. Corder
87. Alan Clark

88. Susan Jacobsen
89. Gwendolyn Phillips
90. Geraldine L. Mattes
91. Arlene H. Scudder
92. Hazel A. Garland
93. Donald White, Sr.
94. Chester and Malivan Zychowski
95. Carolyn Koule
96. Malcolm Kennedy
97. Joan Byrne
98. Ione L. and Samuel Siegel
99. Edward O. and Helen Fuchs
100. Glenn Hoeffner
101. Margaret M. Rooney
102. Constance C. Schuchard
103. Ruth E. Mistron
104. Robert Giles
105. Janet Suttles
106. Rosemary Fletcher
107. Violet Malamas
108. Walter H. and Lora Y. Sasaki
109. Andrea C. Dennis
110. Kimberly A. Russell
111. Pauline Slayton Watson and William Frank Watson (deceased)
112. Edward W. Hill
113. Patricia T. Dinges
114. Patricia Ann Mueller
115. Joan M. Redway
116. Grace L. Bouffard
117. B. Shirley Miller Virosco
118. Harry McKelvey (deceased) and Joan McKelvey
119. Myer Heicklen
120. Nhan Thi Phan and Xuan Van Nguyen
121. Patrick H. Smith
122. Arnold and Alberta Solinsky
123. Doris C. Chaplin
124. Kathryn Fisher
125. Billy B. and Elda L. Akins
126. John R. (deceased) and Evelyn Barry
127. Evelyn M. Capps
128. Mario P. Pinizzotto
129. Patrica K. Schwarzwalder and John Schwarzwalder
130. Justin F. Serafin
131. Stanley O. & Dorothy T. Bokelmann
132. Sylvia Copper
133. Melvin K. and Florence Cooker

134. John and Kathleen Carr
135. Margaret P. Barr
136. Rita E. Kaczor
137. Anne K. Grant and Herman W. Jonas (deceased)
138. Doris E. Gillespie
139. William E. McKinzie Jr and RoseMary E. McKinzie
140. Susan Wietlispach
141. William J. Connelly
142. Carole J. Heidisch
143. Murray J. Haberman
144. Helga A. and Peter Talbot
145. Jean Livingston
146. Minerua J. Mesmus
147. Frances Jude
148. David H. Bode
149. Elizabeth P. McVaugh
150. Marilyn A. Newman
151. Roy E. Griest
152. Mary Virginia Mack
153. Robert L. and Nancy E. Walters
154. Marjorie Davis Storms Reddoch
155. Rhoda V. McLutyre
156. William H. Gilmore, Doris E. Hilsabeck, Ruth Ann Shepherd (Charlene Gilmore deceased)
157. Virginia J. Lack
158. Eva M. Monts
159. Richard Ambrogio
160. Agnes J. Smith
161. Linda M. Flood and Miller H. Shepperd (deceased)
162. James Donald Percival
163. Marjorie K. and Rolland M. Benson Jr.
164. Erin C. Flanagan
165. James A. Flanagan
166. Charlene Michael
167. Mary A. Chiasson
168. Julia Keator
169. TLJB Partnership, LLLP
170. Albert Hays and Jacquelyn Mae Busch
171. Monsita Correa
172. Bernadette Robinson
173. Ann Janine Whitney Mulligan
174. Julia M. Reynolds
175. Bonnie C. Day
176. Richard R. Romit
177. Janet V. Howden
178. Anna Fisher
179. John E. and Betty W. Hamilton

180. Catherine J. and Catherine A. Govaller
181. Mary T. Allen
182. Nancy E. Hunger
183. Mary E. Kazlaushas
184. John A. and Nora C. Sibilsky
185. Margaret Jane Wilson Mugisch
186. John E. Zugay
187. B. Fritz
188. Carolyn M.E. Len and Cydney H.E. Len
189. James Culver
190. Robert E. Dorey and Virginia M. Dorey
191. Walter Latting (deceased) and his Estate
192. Marjorie R. Reinhardt
193. Aileen C. Miller
194. Regina C. Jones Estate
195. Troy L. and Louise Farr
196. Dolores Winslow
197. Toni Iamonaco
198. Malcolm Jones Jr.
199. Matthew I. Skarzynski (deceased) and Stephanie J. Skarzynski
200. Carolyn Fisher
201. George L. Freas Jr.
202. Joyce E. Wachter
203. Victor and Anna Jo DiCecco
204. Arnold G. Fisch, Jr.
205. Dorothy B. Forristall (deceased) and Cathey Grosvenor
206. Betty E. Lawson
207. Nelleta N. Reidenbach
208. Mary Constance McManus
209. B. K. Campbell
210. Peter H. Pilshaw
211. Martha D. Hardy
212. Bettie J. Moores
213. William T. Hartline
214. Harold McCurley
215. Anna K. Sigrist
216. Walter T. and Ann M. Kurman
217. Katherine B. Kells (deceased) Estate
218. Rawland C. and Dorothy A. Nelson
219. Lawrence Ferraris (deceased) and Edith Ferraris
220. Rosemarie A. and Louis J. Trevani
221. Shirley G. Steenstra
222. Betty T. Fields
223. Camille A. Sheats
224. Jean C. Johnson
225. Jane A. Guy

226. Phyllis D'Antonio
227. Eva Darlene Kimball
228. June A. Dell Orto
229. Alan R. Pratt
230. F. G. Balderston
231. Donald W. Pardee
232. Elizabeth Sandiford
233. Elizabeth M. Howell
234. Ann Marie and John B. Pryle
235. Marie C. Polley
236. Julia M. Reynolds
237. Dale E. and Alice M. Vance
238. Evelyn Day
239. William R. Tarquinio and Philomena Cuccaro
240. Diane R. Duitsman
241. Michael Simchock and Patricia A. Simchock
242. Margaret Whitbeck
243. Simon Property Group, L.P.
244. James Suellentrop
245. Russell Family LTD Partnership
246. Emilenan P. Allen
247. Geraldine L. Mattes
248. Philomene A. Brizzi
249. Janet G. West
250. Richard J. Cotsford
251. Robert E.and Ruth F. Reed
252. Jeanette Pierce
253. Armand R. Poyant
254. Doris E. and John R. Meyers
255. Ruby Nell Saunders
256. Ruth Eichelberger McNeill
257. Jean Marie Cooper and L. William Cooper
258. Debbie Lee McMahan
259. Carol Ann Clark and Ann L. Mattson
260. Charles L. Gruver, Jr. and Elizabeth W. Gruver
261. Barbara A. and Raymond R. Cook
262. John K. H. Yip
263. Theodore J. Cieslak, Jr.
264. Barbara M. Welsh
265. Janis J. Douglas
266. Richard A. Snyder
267. Dorothy J. Boyer
268. T. Edward and Lillian G. Umphres
269. Carl H. Dubac
270. William F. Schmitt
271. John and Helen Asgian

272. Frank E. (deceased) and Donna W. Newhouse
273. Francis S. Callihan
274. Barbara M. Gary
275 Ethel Barclay
276. Pamela Sharon Abell
277. Shirley Connelly
278. Janis G. Montgomery
279. Charles Cereghino
280. Cora Bingham
281. Barbara B. and Charles L. Kessler Jr.
282. Catherine G. and Walter J. Gonta
283. Ruth E. and Deborah Mistron and Tod David
284. Dorothy S. Walters and Barnett K. Walters (deceased)
285. Donald M. Barrow
286. Nathaniel Duberstein
287. Judith A. Ellis
288. Jean E. Jacobs
289. Gaylord G. Bowlin (deceased) and L. Elaine Bowlin
290. Grace Marie Hake
291. Mildred A. and Carlton A. Edwards
292. Sharon L. Hess
293. Madelynn Droghetti
294. Frederick D. and Kay E. Bright
295. Patricia A. Woods
296. Mary R. Turpin
297. Florence J. Hoadley (deceased) and Edward A. Leutwiler
298. John and Helen Asgian
299. Maria G. Becker
300. Gladys R. Nielsen
301. Paul L. Telech (deceased) and Jack A. Telech
302. William E. Hurrelbrink
303. Estelle Gifford Jackson
304. Lucille D. Ultis
305. Cleo W. Classic
306. Martin F. and Muhelmed C. Thomas
307. Tatsumi and Irene H. Imada
308. John Reid
309. Virginia J. Nowak
310. Stephen P. Berghaus
311. Mary Margaret Backenson Sheppard
312. Judith Wechsler
313. Wilma L. Stevenson
314. Patrick K. and Anne Donnelly.
315. Virginia P. Housman
316. Lorraine H. Hansen
317. Richard E. and Charlotte C. Carlson

318. Josephine R. Moeller
319. S. Merrill Hansen
320. Gerald Friday
321. Wayne S. and Rene F. Otani
322. Mabel M. Otani-Ono and Glenn T. Ono
323. Sara Romney
324. Richard T. Vitale
325. Stephanie L. Eisenhauer
326. Elizabeth M. Siegel
327. Thomas E. Phillips
328. Mark Scott Howell
329. Alice R. Logan (deceased) and William T. Logan
330. Joanna M. Morrissey
331. Lynne S. and Lynne A. Kline and Michele S. Armstrong
332. Patrick H. Kenny, Jr.
333. Eileen M. Redmond
334. Charles J. and Nancy F. Turk
335. Donald B. and Susan W. Biggerstaff
336. Kathryn Gabelmann
337. Donald B. and Frances L. Pearce
338. Amy V. Capobianco
339. Estate of Lee D. Maxson
340. Jack B.Corwin (as Trustee of the Jack B.Corwin Revocable Trust and Charitable Remainder Stewardship Company of Nevada and as Trustee of the Jack B. Corwin 2006 Charitable Remainder Unitrust)
341. Jacob Wurtzel
342. Ilse H. Govoni and Antonio F. Govoni (deceased)