UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| JAN BUETTGEN, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE J. HARLESS, et al.,<br><br>Defendants. | § § § § § § § § § § § | Civil Action No. 3:09-cv-00791-K (Consolidated with Nos. 3:09-cv-00938-K; 3:09-cv-1049-K and 3:09-cv-1552-K)<br><br>CLASS ACTION |

**ORDER APPROVING PLAN OF DISTRIBUTION OF SETTLEMENT PROCEEDS**

THIS MATTER having come before the Court on Plaintiffs' motion for approval of the Plan of Distribution of net settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein; and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons and entities who are Class Members advising them of the Plan of Distribution and of their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are Class Members to be heard with respect to the Plan of Distribution.

2. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants that is set forth in the Amended Notice of Pendency and Settlement of Class Action (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which to allocate the net settlement proceeds established by the stipulation among Class Members, with due consideration having been given to administrative convenience and necessity.

3. The Court hereby finds and concludes that the Plan of Distribution set forth in the Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Distribution.

IT IS SO ORDERED.

Signed November 13th, 2013.

Ed Kinkeade

ED KINKEADE
UNITED STATES DISTRICT JUDGE